

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Tommy James Morris,

\* From the 70th District Court
of Ector County,
Trial Court No. A-16-1187-CR.

Vs. No. 11-18-00024-CR

\* April 19, 2018

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.